FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Oct 21 2025

KEVIN P. WEIMER , Clerk

By: B. Evans
Deputy Clerk

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Billy Joe Cagle

**CRIMINAL COMPLAINT**

Case Number: 1:25-MJ-1116

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about October 20, 2025 in Clayton County, in the Northern District of Georgia, defendant(s) did, attempt to perform an act of violence against persons at an airport serving international civil aviation that was likely to cause serious bodily injury; did transmit in interstate or foreign commerce a communication containing any threat to injury the person of another; and, after having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, purchase, possession, manufacture, distribution of sale of marijuana, in Bartow County (Georgia) Superior Court, on May 30, 2000, did possess in or affecting interstate commerce a firearm, that is, a Springfield AR-15 style firearm;

in violation of Title 18, United States Code, Sections 37(a), 875(c), and 922(g)(1).

I further state that I am a Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   Yes

*Donald Miller*
Signature of Complainant
Donald Miller

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

| October 21, 2025 | at | Atlanta, Georgia |
|---|---|---|
| Date | | City and State |

JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

AUSA Paul Jones
Paul.Jones@usdoj.gov

## AFFIDAVIT

I, Donald Miller, depose and say under penalty of perjury:

1. I make this affidavit in support of a criminal complaint charging BILLY JOE CAGLE ("CAGLE"), with violations of Title 18, United States Code, Sections 37(a) (attempted violence at international airports), 875(c) (interstate communications of threats), and 922(g)(1) (felon in possession of a firearm).

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since May 2019. I am currently assigned to the FBI Hartsfield-Jackson Atlanta International Airport (ATL) Resident Agency, where I investigate violations of federal law which occur within the airport and onboard commercial aircraft. I know from experience that Hartsfield-Jackson International Airport has commercial flights that travel to and from foreign countries.

3. Based on my training and experience and the facts set forth in this affidavit, I submit there is probable cause to believe, that on October 20, 2025, CAGLE violated the aforementioned statutes.

4. Specifically, on October 20, 2025, at approximately 10:00 a.m., FBI Hartsfield-Jackson Atlanta International Airport (HJAIA) Resident Agency received communication regarding an individual later identified as BILLY JOE CAGLE. FBI was informed that CAGLE had been taken into custody by the Atlanta Police Department Airport Division (APD) for making Terroristic Threats to the airport. FBI was further advised that CAGLE had been in possession of a firearm.

5. Upon arrival to the APD Domestic Precinct, I learned that the Cartersville, Georgia Police Department (CPD) had received information that CAGLE was enroute to HJAIA with the

1

intent to "shoot up the airport." WITNESS1 (an individual whose identity is known by the FBI) had been on a FaceTime call with CAGLE when he made the threat. After learning of the threat from WITNESS1, CPD contacted APD and provided officers with photographs of CAGLE and a description of the vehicle he was last known to be driving. In response, APD immediately dispatched officers to the domestic terminal with instruction to locate CAGLE.

6.      At approximately 9:54 a.m., law enforcement located CAGLE standing in the south domestic terminal ticketing area between doors S1 and S2, as seen in the below photo. Law enforcement took CAGLE into custody and transported him to the domestic precinct where he was medically examined by the Atlanta Fire Department.



3

7. Outside, CAGLE's vehicle (a Chevrolet 3500 pick up truck, white in color, bearing GA tag SJK3549), was located haphazardly and illegally parked, blocking the crosswalk in front of door S1, as seen in the photo below.



8.  A subsequent search of CAGLE's vehicle yielded a Springfield AR-15 style Rifle, with one magazine and twenty-seven rounds of ammunition:



9.  At approximately 11:00 a.m. that same date, law enforcement interviewed WITNESS1. WITNESS1 advised that on October 20, 2025, WITNESS1 received a telephone call from CAGLE, who said he had a gun. During the call, CAGLE told WITNESS1 that he was driving on Interstate 75 and was going to "shoot some cars." The call then terminated.

10. WITNESS1 told law enforcement that WITNESS1 and CAGLE'S wife immediately drove to CPD in order to report their concern that CAGLE was unstable and was on his way to shoot up some cars. While they were enroute to CPD, CAGLE FaceTime called WITNESS1. On the FaceTime call, CAGLE showed WITNESS1 airport signage and stated, "I'm at the Airport, I'm gonna go Rat-a-tatt-tatt." WITNESS1 believed "Rat-a-tatt-tatt" mimicked a gun shooting sound. WITNESS1 further advised this call with CAGLE ended abruptly with no further contact.

4

11. Based on my training and experience, I believe that CAGLE's statement "I'm at the Airport, I'm gonna go Rat-a-tatt-tatt" refers to firing the AR-15 firearm at the airport with the intent to injure.

12. I know that CAGLE was convicted on May 30, 2000, in the Bartow County Superior Court of the felony offense of possession of marijuana. CAGLE received a custodial sentence of two years. CAGLE is therefore a prohibited person unable to lawfully possess a firearm. The seized firearm was manufactured outside of the state of Georgia and had travelled in interstate commerce at the time it was seized by law enforcement.

13. I also know that FaceTime is a communications platform run by Apple, Inc., a company incorporated and based in California.

## CONCLUSION

14. Based on my training and experience, and the facts set forth in this affidavit, there is probable cause to believe that BILLY JOE CAGLE has committed violation of Title 18, United States Code, Section 37(a) (attempted violence at an international airport), 875(c) (interstate communications containing threats to injure the person of another), and 922(g)(1) (possessing a firearm after having previously been convicted of a felony offense).